# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**  **PLAINTIFF**

v.  **CASE NO. 4:17-CR-00046-BSM**

**KRA BROOKS**  **DEFENDANT**

## ORDER

Kra Brooks's *pro se* motion for a certificate of appealability [Doc. No. 136] is denied. A certificate of appealability may issue only if the petitioner "has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000). "A substantial showing is a showing that issues are debatable among reasonable jurists, a court could resolve the issues differently, or the issues deserve further proceedings." *Cox v. Norris*, 133 F.3d 565, 569 (8th Cir. 1997). As explained in the order denying his motion to vacate, set aside, or correct his sentence [Doc. No. 127], Brooks has not made such a showing. Brooks's request to file a second section 2255 motion is also denied because such a motion must first be certified by the Eighth Circuit Court of Appeals. 28 U.S.C. § 2255(h).

IT IS SO ORDERED this 7th day of July, 2023.

_____
UNITED STATES DISTRICT COURT