IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**v.**                    **CASE NO. 4:17-CR-00046-BSM**

**KRA DEANGELO BROOKS**                                                 **DEFENDANT**

## ORDER

Kra Brooks's pro se motion seeking the appointment of counsel so that he can seek First Step Act (FSA) credits as a result of the Supreme Court's opinion in *Loper Bright Enterprises v. Raimondo*, 144 S. Ct. 2244 (2024) [Doc. No. 158] is denied because he does not have a right to counsel and the interests of justice do not require the appointment of counsel. *See Kidd v. Fikes*, No. 20-CV-00287, 2020 WL 7166239, at *2 (D. Minn. Dec. 7, 2020); *see also Nichols v. Knight*, Civ. No. 22-5808, 2023 WL 8751265, at *3 (D.N.J. Dec. 18, 2023) (collecting cases) (prisoners convicted under 18 U.S.C. section 924(c) are ineligible for FSA credits under the plain language of the statute).

IT IS SO ORDERED this 30th day of July, 2024.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE