IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                          CASE NO. 4:17-CR-00046-BSM

KRA DEANGELO BROOKS                                                              DEFENDANT

## ORDER

Kra Brooks's pro se motion for compassionate release [Doc. No. 164] is denied because he has not provided extraordinary and compelling reasons for release. Specifically, the record does not show that Brooks is suffering from a terminal illness, a serious medical condition that diminishes his ability to provide self-care, or a medical condition for which his purported lack of care puts him at risk of serious deterioration of health or death before he is transferred to the halfway house in July. *See* U.S.S.G. § 1B1.13(b)(1); Pro Se Mot. Compassionate Release 1, Doc. No. 164. This request is also denied for the same reasons his three prior requests were denied. *See* Doc. Nos. 131 & 150. Finally, the section 3553(a) factors do not support Brooks's early release due to the nature and circumstances of the offense for which he is being incarcerated as well as his history and characteristics.

IT IS SO ORDERED this 20th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE