**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **CASE NO. 4:17-CR-00046-BSM**

**KRA DEANGELO BROOKS** **DEFENDANT**

**ORDER**

The government's motion for summons [Doc. No. 167] is granted and the clerk is directed to issue a summons and the United States Marshals Service is directed to serve the summons and a copy of this order on Brooks to appear **Wednesday, September 16, 2026 at 1:00 p.m.** at Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Courtroom 2D, Little Rock, Arkansas, for a hearing on the motion to revoke supervised release. The summons should state that Brooks is to report to the United States Probation Office, 600 West Capitol Avenue, Room A226, forty-five minutes before the scheduled hearing.

The clerk is directed to provide a copy of the motion to the United States Marshals. Federal Public Defender Christopher David Yates is appointed to represent Brooks, replacing previous lawyers. The clerk is also directed to provide a copy of this order to the United States Probation Office.

IT IS SO ORDERED this 17th day of August, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE